UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELA WALDO, individually and as Natural Parent of D.P., | No. CIV. S-13-0789 LKK/EFB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ELI LILLY & COMPANY, | |
| Defendant. | |

Defendant's motion to dismiss is currently set for hearing on October 7, 2013.  (ECF No. 18.)

The court does not find oral argument to be necessary and will decide the motion on the papers.  Accordingly, the hearing on the motion is VACATED.

IT IS SO ORDERED.

DATED:  September 30, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1