UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA WALDO, individually and as Natural Parent of D.P.,<br><br>      Plaintiff,<br><br>  v.<br><br>ELI LILLY & COMPANY,<br><br>      Defendant. | No. CIV. S-13-0789 LKK/EFB<br><br>**ORDER** |

    Defendant's motion to dismiss is currently set for hearing on January 13, 2014.  (ECF No. 38.)

    The court does not find oral argument to be necessary and will decide the motion on the papers.  Accordingly, the hearing on the motion is VACATED.

    IT IS SO ORDERED.

    DATED:  January 7, 2014.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT