UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA WALDOW, Individually and as Natural Parent of D.P., <br><br> Plaintiff, <br> v. <br><br> ELI LILLY & COMPANY, <br><br> Defendant. | No.: 2:13-cv-00789-KJM-EFB <br><br><br> ORDER |

Plaintiff's counsel, Reilly Pozner LLP, Wagstaff & Cartmell LLP and Jones & Keller have filed an unopposed motion to seal documents accompanying their motion to withdraw as counsel. Having reviewed the unredacted versions of the documents, the court finds they contain sensitive attorney-client privileged information justifying filing under seal. *See McElroy v. Cox*, 2011 WL 3678147, at *2 (E.D. Cal. Aug. 22, 2011) (granting motion to seal documents relating to counsel's motion to withdraw).

Therefore, IT IS HEREBY ORDERED that:

1. Reilly Pozner LLP , Wagstaff & Cartmell LLP's and Jones & Keller's Unopposed Motion to Withdraw as Counsel and Memorandum in Support Thereof, and accompanying

Declaration of Mark Premo-Hopkins, Esq. in Support of the Motion to Withdraw in this matter shall be sealed.

2. An appropriately redacted copy of the Unopposed Motion to Withdraw as Counsel, and accompanying Declaration of Mark Premo-Hopkins, Esq. in Support of the Motion to Withdraw, striking any reference to communications between plaintiff and counsel, shall be filed on the public docket and served on defendant.

IT IS SO ORDERED.

Dated: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE