UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA WALDOW, | No. 2:13-cv-00789-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| ELI LILLY & COMPANY, | |
| Defendant. | |

   Defendant Eli Lilly and Company ("Lilly") moves *ex parte* to amend the Status (Pretrial Scheduling) Conference Order, ECF No. 30, to continue two deadlines: (1) the deadline to hear motions to compel discovery and (2) the deadline for expert disclosures. ECF No. 68.

   Under the Local Rules of this District, a court may, in its discretion, grant an initial extension *ex parte* upon a declaration from counsel explaining why an extension is necessary and why a stipulation cannot be obtained. E.D. Cal. L.R. 144(c). Defense counsel has filed such a declaration, explaining that plaintiff has not responded to any of the defense's discovery requests since the withdrawal of plaintiff's counsel, and defendant is unclear whether plaintiff intends to continue pursuing this litigation. ECF No. 68-2 at 2–3.

   After reviewing the arguments and evidence, the application is granted. The scheduling order is amended to vacate the current deadline to disclose experts by May 15, 2015,

1

as well as the deadline to hear motions to compel discovery by June 15, 2015.  The court will issue an amended scheduling order setting further deadlines, if necessary, following the parties' submission of their required joint status conference statement and the scheduled June 11, 2015 status conference, where plaintiff is directed to appear and indicate whether she intends to seek counsel and continue pursuing this litigation.

        The motion is GRANTED.

        IT IS SO ORDERED.

DATED:  May 19, 2015.

        UNITED STATES DISTRICT JUDGE