UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA WALDOW, | No. 2:13-CV-0789-KJM-EFB |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| ELI LILLY & COMPANY, | |
| Defendant. | |

On May 19, 2015, this court granted defendant's ex parte request to amend the August 1, 2013 Status (Pretrial Scheduling) Order. The court vacated the deadlines set for expert disclosure and hearing on motions to compel. and informed the parties it would issue an amended scheduling order, if necessary, following the parties' submission of their joint status conference statement and the scheduled June 11, 2015 status conference set by minute order on April 24, 2015.

Although it appears from the file that plaintiff's copy of the order was returned as undeliverable (refused; unable to forward), plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

/////

1

On June 4, 2016, defendant filed its status report. Defendant informed the court it attempted to seek plaintiff's input by emailing, calling and sending plaintiff a draft report, but plaintiff did not respond. Plaintiff's status report was due by June 4, 2015, and at this time, plaintiff has not filed her report.

Accordingly, the status conference set for June 11, 2015 is VACATED and plaintiff is hereby ORDERED, within fourteen (14) days of entry of this order, to show cause why this case should not be dismissed.

IT IS SO ORDERED.

DATE: June 8, 2015.

_____
UNITED STATES DISTRICT JUDGE