UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA WALDO, | No. 2:13-cv-00789-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

On July 20, 2015, defendant filed a motion for summary judgment. ECF No. 76. As permitted by the court's order, ECF No. 74, defendant filed documents containing plaintiff's medical information attached to that motion under seal. ECF No. 77. As of the date of this order, plaintiff has not filed an opposition or statement of non-opposition to the motion for summary judgment in violation of Local Rule 230(c).

Accordingly, plaintiff is ORDERED to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). If plaintiff does not file a written response within ten (10) days of the date of this order, this case will be dismissed with prejudice, without further notice to the parties.

/////

/////

1

1     Defendant is ORDERED to show cause as to why the seal should not be lifted,
2 with redaction only of personal identifying information.
3     IT IS SO ORDERED.
4 DATED: August 21, 2015.

                                    UNITED STATES DISTRICT JUDGE